# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Mia M. Cockriel

Plaintiff(s),

v.

Kilolo Kijakazi,
Commissioner of Social Security
Administration,

Defendant(s),

Case No.  21cv4605
Judge Sheila M. Finnegan

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

_____

☐    Judgment is hereby entered in favor of Defendant.

Defendant(s) shall recover costs from plaintiff(s)

_____

[ X ] other: Judgment is hereby entered in favor of Plaintiff, Mia M. Cockriel and against Defendant, Kilolo Kijakazi, Commissioner of Social Security Administration.  Pursuant to sentence four of 42 U.S.C. § 405(g), the ALJ's decision is reversed, and this case is remanded to the Social Security Administration for further proceedings.

_____

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Sheila M. Finnegan on motion.

Date:   9/19/2023                              Thomas G. Bruton, Clerk of Court
                                                Scott White, Deputy Clerk